UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-CR-108-JCM-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANDREW THOMAS ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#83) on 11/06/2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $27,262.00

**Total Amount of Restitution ordered: $27,262.00\*\***
\*\*Joint and several with co-defendants Miko Fields, David Bethley, Johning Walker and Thoms Wildridge

Dated this _17th_ day of May, 2017.

UNITED STATES DISTRICT JUDGE